John Griffiths & Son Company, appellee, v. Fred Mann and Gustav Mann, appellants. Gen. No. 33,277.

Opinion filed December 31, 1929. Rehearing denied January 10, 1930.

Pines, Morse & Stein, for appellants; Clarence T. Morse, of counsel. Campbell & Fischer, for appellee; Carlton L. Fischer and Raymond P. Fischer, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.